501 A.2d 633

**COMMONWEALTH, Petitioner,**

v.

**John J. POTTS.**

Supreme Court of Pennsylvania.

Dec. 4, 1985.

Petition for Allowance of Appeal GRANTED, No. 156 E.D. Appeal Docket 1985.